# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: Jeffrey M. Bryan |
| v. | U.S. District Judge |
| Mikhail Robin Wicker, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 24-CR-00090 JMB/LIB |
| Date: | November 21, 2025 |
| Court Reporter: | Nancy Meyer |
| Courthouse: | St. Paul |
| Courtroom: | 3B |
| Time Commenced: | 10:13 a.m. – 10:22 a.m. |
| Time Concluded: | 10:22 a.m. |
| Time in Court: | 9 minutes |

APPEARANCES:
  Plaintiff:    Bradley Endicott, William Mattessich, United States Attorney's Office
  Defendant:  Francis White, Brian Lewis, Francis White Law, PLLC ☒ Retained

PROCEEDINGS:

x **Jury Trial – Concluded (Trial Day 6).**
x Verdict received at 10:17 a.m.
x Guilty as to Counts 1, 2, 3, and 4.

IT IS ORDERED:
  x Clerk to file verdict.

                                          s/G. Bendickson
                                          Courtroom Deputy